UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| OMAR AGOR, JR., | Case No. 25-CV-3553 (NEB/DTS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| EISCHEN, *Warden*, | |
| Respondent. | |

The Court has received the October 8, 2025 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 6.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 6) is ACCEPTED;

2. The motion to waive administrative exhaustion (ECF No 3) is DENIED;

3. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED; and

4. The action is DISMISSED WITHOUT PREJUDICE.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 10, 2025 BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge